RANDOLPH, Circuit Judge, concurring.
I concur in the disposition because, given the Commission’s refusal to grant the forbearance petition, there is no practical difference in this case between remanding, on the one hand, and vacating and remanding on the other. Contrast Checkosky v. SEC, 23 F.3d 452, 490-493 (D.C.Cir.1994) (opinion of Randolph, J.). The court, rather than finding the Commission’s decision arbitrary and capricious, decides that it cannot come to a judgment without further explanation from the Commission concerning its subsequent actions. In this exceptional circumstance, remand for further explanation is appropriate. Contrast id. at 490-91; Detroit Newspaper Agency v. NLRB, 435 F.3d 302, 312-314 (D.C.Cir. 2006) (Henderson, J., dissenting).